SUZANNE A. LUBAN
Attorney at Law
State Bar No.: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Movant
FERENCE B. LANG

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FERENCE B. LANG, ) <br> ) <br> Defendant. ) <br> _____ ) | No. Cr.S-93-472-DLJ-DAD <br> No. Civ. S-00-895-DLJ <br><br> REQUEST FOR APPOINTMENT OF COUNSEL AND FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL AND ORDER <br><br> JUDGE: D. Lowell Jensen |

On November 11, 2007, Movant Ference B. Lang, filed a Notice of Appeal herein. Throughout the district court proceedings on his 28 U.S.C. §2255 motion, movant has been represented by counsel who was appointed pursuant to the Criminal Justice Act, 18 U.S.C. §3006A. Mr. Lang has been incarcerated continuously since his arrest in 1993. He has no assets and is indigent.

It is therefore requested that this Court appoint the undersigned to represent Mr. Lang on appeal of the district court's orders denying and dismissing his Second Amended §2255 Motion. It is further requested that this Court grant Mr. Lang leave to proceed on appeal in forma pauperis.

DATED: November 11, 2007                           Respectfully submitted,

                                                                                     /S/   Suzanne A/ Luban
                                                                                     SUZANNE A. LUBAN
                                                                                      Counsel for Movant

## ORDER

For Good Cause Shown, IT IS HEREBY ORDERED, that Ference Lang may proceed in forma pauperis on appeal, and Suzanne A. Luban is appointed to represent movant Lang in the appeal of this §2255 action, pursuant to the Criminal Justice Act, 18 U.S.C. §3006A.

Dated:   November 14, 2007

_____
Hon. D. Lowell Jensen
U.S. District Judge