SUZANNE A. LUBAN
Attorney at Law
State Bar No.: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Movant
FERENCE B. LANG

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S-93-472-DLJ-DAD |
| Plaintiff, | No. Civ. S-00-895-DLJ |
| vs. | ORDER GRANTING REQUEST FOR CERTIFICATE OF APPEALABILITY |
| FERENCE B. LANG, | |
| Defendant. | Judge: Hon. D. Lowell Jensen |

    For Good Cause Shown and for the reasons stated in Movant's request for Certificate of Appealability, this Court hereby grants Certificate of Appealability as to each of the claims and issued raised in the Second Amended §2255 Motion.

DATED: November 20, 2007

/s/ D. Lowell Jensen

HON. D. LOWELL JENSEN
U.S. District Judge

1