**FILED**

APR 1 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> vs. ) <br> ) <br> FERENCE B. LANG, ) <br> ) <br> Defendant/Movant. ) | D.C. No. Cr.S-93-472-DLJ-DAD <br><br> ORDER GRANTING WRIT <br> OF HABEAS CORPUS <br> AD TESTIFICANDUM <br><br> Date: Tuesday, May 13, 2008 <br> Time: 11:00 a.m. <br> Judge: Hon. D. Lowell Jensen |

For Good Cause Shown based on the movant's application for Writ of Habeas Corpus ad Testificandum,

IT IS ORDERED that a Writ of Habeas Corpus ad Testificandum issue, as prayed for by movant, directing the Warden, Sheriff or Jailor of the United States Penitentiary at Atwater, California, and the Bureau of Prisons and the United States Marshal to produce federal prisoner FERENCE B. LANG, Register No. 07192-097, who is currently incarcerated at Federal Correctional Institution (FCI) Big Spring, 1900 Simler Ave., Big Spring, TX 79720, and to transport said prisoner to testify in the United States District Court for the Eastern District of California, Eighth Floor, Federal Building, United States Courthouse, 501 I Street, Sacramento, California on Tuesday, May 13, 2008 at 11:00 a.m. before the Honorable D. Lowell Jensen, U.S.

1

1  District Judge, in order that said prisoner may respond to and answer such questions
2  as may be propounded to him during the course of the sentencing hearing of the
3  above-referenced case.
4      It is further ordered that the U.S. Marshal shall transport Ference Lang to the
5  Eastern District of California to be housed at the Yolo County Jail in Woodland,
6  California for the duration of the hearing.
7      The Clerk shall serve the U.S. Marshal with a copy of this Order, and the
8  Marshal shall inform movant's counsel, Suzanne A. Luban, when Mr. Lang arrives in
9  the Eastern District of California by calling her at 510-451-4600.

11  DATED: __April 15__, 2008     _____
                                  Hon. D. LOWELL JENSEN
12                                United States District Judge

2