FILED

JUN - 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-93-472 JAM |
| ) Plaintiff, ) | **RECOMMENDATION TO BUREAU OF PRISONS TO RE-DESIGNATE DEFENDANT AND RECOMMENDATION FOR PLACEMENT** |
| v. ) | |
| FERENCE B. LANG, ) | |
| ) Defendant. ) | **Judge: Hon. John A. Mendez** |

For Good Cause Shown,

1. The Court hereby recommends to the Bureau of Prisons ("BOP") to re-designate Ference B. Lang, Reg. No. 07192-097, rather than returning him to FCI Big Spring, Big Spring, Texas. The recommendation of this Court is that Mr. Lang be placed in a BOP facility in the Western Region appropriate to Mr. Lang's security level, specifically at a facility that has a RDAP program (e.g., FCI and FPC Lompoc, California; FCI Phoenix, Arizona; FCI and FPC Sheridan, Oregon; or Terminal Island, California).

This recommendation is made in light of the following facts: (1) Mr. Lang's family resides in Sacramento, California; (2) he

1

would greatly benefit from participation in the BOP's 500 hour drug treatment program, RDAP; (3) it would appear that he has less than 36 but more than 24 months left to serve; and (4) the district judge who originally sentenced Mr. Lang in 1996 recommended placement in a California institution and participation in drug treatment, yet Mr. Lang has served 14 and one-half years in prison in Texas which do not offer the RDAP program. This Court reaffirms the recommendation of placement in the Western Region in an RDAP facility so long as it is consistent with the Bureau of Prisons administrative requirements including security classification and space availability.

    2.    The U.S. Marshall is directed to retain defendant Ference Lang in a local jail facility until such designation process has been completed.

Dated: June 6, 2008

JOHN A. MENDEZ
U.S. District Court Judge