# UNITED STATES DISTRICT COURT

for the

### EASTERN District of CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| FERENCE B. LANG | ) | Case No:  03cr00472 01 |
| | ) | USM No:  07192-097 |
| Date of Previous Judgment:  10/10/1996 | ) | SUZANNE A. LUBAN, ESQ. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   X  the defendant   ❏ the Director of the Bureau of Prisons   ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❏  DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   292   months **is reduced to**   235 MONTHS   .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 40 | Amended Offense Level: | 38 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 292 to 363 months | Amended Guideline Range: | 235 to 293 months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.

❏  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❏  Other (explain):

## III.  ADDITIONAL COMMENTS

APPEAL RIGHTS GIVEN.

Except as provided above, all provisions of the judgment dated   10/10/1996   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   6/3/2008                                         /s/ John A. Mendez

                                                                        Judge's signature

Effective Date:                                              JOHN A. MENDEZ

          (if different from order date)                      Printed name and title