AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

Case 2:93-cr-00472-JAM-DAD   Document 423   Filed 06/11/08   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| FERENCE B. LANG | ) | Case No: 93cr00472 01 |
| | ) | USM No: 07192-097 |
| Date of Previous Judgment: 10/10/1996 | ) | SUZANNE A. LUBAN, ESQ. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  292  months **is reduced to**  235 MONTHS  .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:  40              Amended Offense Level:  38
Criminal History Category:  I             Criminal History Category:  I
Previous Guideline Range:  292  to  363  months   Amended Guideline Range:  235  to  293  months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

## III. ADDITIONAL COMMENTS
APPEAL RIGHTS GIVEN.

Except as provided above, all provisions of the judgment dated  10/10/1996  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  6/3/2008                                   /s/ John A. Mendez
                                                          Judge's signature

Effective Date:                                          JOHN A. MENDEZ
        (if different from order date)                    Printed name and title