UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S-93-472-JAM |
| Plaintiff/Appellee, | ) | |
| vs. | ) | ORDER |
| FERENCE B. LANG, | ) | |
| Defendant/Appellant. | ) | Judge: Hon. John A. Mendez |

For Good Cause Shown, IT IS HEREBY ORDERED:

(1) Defendant Lang is permitted to proceed on appeal in forma pauperis; and

(2) Attorney Suzanne A. Luban is hereby appointed for the appeal pursuant to the Criminal Justice Act.

Dated: June 17, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Judge